FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0006

_____

IN RE MOTION FOR ADMISSION UPON UNIFORM
BAR EXAMINATION SCORE TRANSFER

FILED

DEC 1 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

_____

Rachel Salazar has filed a petition for admission to the State Bar of Montana pursuant to Rule IV of the Rules for Admission to the Bar of the State of Montana, governing admission upon Uniform Bar Examination score transfer. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that the Commission on Character and Fitness has certified that Salazar has provided the necessary documentation and has satisfied the requirements prerequisite to admission under Rule IV of the Rules for Admission to the State Bar of Montana. Salazar also requests to be sworn in by the Honorable John C. Brown, District Court Judge for the 18th Judicial District in the State of Montana. Good cause appearing,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Rachel Salazar may be sworn in to the practice of law in the State of Montana. Leave is granted for Salazar to be sworn in by Honorable John C. Brown of the 18th Judicial District Court. Any further necessary arrangements for swearing-in may be made by contacting the office of the Clerk of the Montana Supreme Court.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 17 day of December, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices